# Supreme Court of Florida

THURSDAY, APRIL 14, 2022

**CASE NO.: SC19-1070**

ADVISORY OPINION TO THE ATTORNEY GENERAL RE: PROVIDE
MEDICAID COVERAGE TO ELIGIBLE LOW-INCOME ADULTS

---

The request for an Advisory Opinion is hereby dismissed on
the Court's own motion based on the sponsor of the initiative failing
to timely file a response in accordance with this Court's order dated
February 8, 2022.  Any and all pending motions are hereby denied
as moot.

NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION
AND, IF FILED, DETERMINED.

CANADY, C.J., and POLSTON, LAWSON, MUÑIZ, COURIEL, and
GROSSHANS, JJ., concur.
LABARGA, J., dissents with an opinion.

LABARGA, J., dissenting.

Because I believe this case should be permitted to proceed, I

dissent to its dismissal.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

so
Served:

HON. ASHLEY MOODY, ATTORNEY GENERAL
HENRY C. WHITAKER
RICHARD E. DORAN
ASHLEY ANN URBAN
JEREMIAH HAWKES
JUSTIN TAMAYO
ALEXANDRA E. AKRE
JEFFREY PAUL DESOUSA
DANIEL E. NORDBY
DANIEL W. BELL
J. MICHAEL MAIDA
BARRY S. RICHARD
HON. RON DESANTIS, GOVERNOR
HON. CHRISTOPHER JOSEPH SPROWLS
WHITNEY M. UNTIEDT
HON. WILTON SIMPSON
HON. LAUREL M. LEE, SECRETARY
AMY J. BAKER